**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| DAVARIO D. TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 1:25-cv-00139-MTS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

In August 2025, Petitioner Davario D. Taylor filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. Doc. [1]. In an Order filed on March 26, 2026, the Court ordered Petitioner to show cause in writing why the Court should not deny his Motion as time-barred and dismiss this case. Doc. [4]. The Court cautioned Petitioner that if he failed to respond to the Order or adequately show cause in writing, the Court would dismiss this case with prejudice and without further notice. *Id.* at 2. Petitioner's response was due on May 11, 2026, but to date, he has not responded or requested more time to do so.

For the reasons explained in its March 26, 2026 Order, *see* Doc. [4], the Court finds that Petitioner's Motion is time-barred under 28 U.S.C. § 2255(f). As explained above, Petitioner has not responded to the Court's Order directing him to show cause why the Court should not deny his Motion as time-barred and dismiss this case. The Court therefore will deny Petitioner's Motion and dismisses this case with prejudice. *See* Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

The Court now considers whether to issue a certificate of appealability. For the Court to do so, Petitioner must show "both that jurists of reason would find it debatable whether the

petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *See Jimenez v. Quarterman*, 555 U.S. 113, 118 n.3 (2009) (citation modified) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).  Here, Petitioner's Motion is time-barred, and he has provided no basis upon which the Court could issue a certificate of appealability.

* * *

For these reasons, the Court will enter herewith an Order of Dismissal that dismisses the Petition and declines to issue a certificate of appealability.

Dated this 19th day of May 2026.

                                    MATTHEW T. SCHELP
                                    UNITED STATES DISTRICT JUDGE